UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

RODGER DEAN ROBB,

Petitioner,

v.

MICHAEL O'KEEFE,
Minnesota Commissioner
of Human Services,

Respondent.

Civil No. 02-774 (PAM/JGL)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY HABEAS CORPUS SHOULD NOT BE GRANTED**

Petitioner having filed an application for writ of habeas corpus which challenges his civil commitment to the Minnesota Sex Offender Program, and alleges violations of his rights under the United States Constitution;

**IT IS HEREBY ORDERED** that respondent shall file a response to petitioner's application within thirty (30) days of the date of this Order. Such response shall address the merits of petitioner's claims in light of relevant decisions of the United States Supreme Court and the United States Court of Appeals for the Eighth Circuit. The response shall include copies of all written materials from prior state court proceedings that are relevant to the issues raised in the petition.

Respondent also should specifically address the issue of whether all of Petitioner's current constitutional claims have been fairly presented to, and decided on the merits by, the highest possible state court, and if not, whether there are any state court remedies still available for any such claims that have not been so presented and decided.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Also before the Court at this time is Petitioner's Application To Proceed Without Prepayment Of Fees And Affidavit, by which he is seeking leave to proceed in forma pauperis, ("IFP"). The Court finds that Petitioner is eligible for IFP status in this matter, and his IFP application, (Docket No. 2), is therefore GRANTED.

Dated: April 15, 2002

JONATHAN LEBEDOFF
Chief Magistrate Judge