UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 02-774 (PAM/JGL)

RODGER DEAN ROBB,

Petitioner,

v.

MICHAEL O'KEEFE,

Respondent.

ORDER

The above-entitled matter came before the Court upon the Respondent's Motion for Extension of Time to Respond to Habeas Petition.

Based upon all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Respondent's Motion for Extension of Time to Respond to Habeas Petitioner is **GRANTED**. Respondent shall have until July 10, 2002, to respond to the habeas petition.

Dated: June 18, 2002, 2002.

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed JUN 19 2002
Richard D. Sletten, Clerk
Judgment Entd.________
Deputy Clerk________

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-2313 (ADM/JGL)

DEBRA K. LESTRUD,

Plaintiff,

ORDER

v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

Defendant.

Defendant filed an answer and transcript in this Sccial Security appeal on April 8, 2002. To date, plaintiff has not filed a motion for summary judgment as required by D.Minn. L.R. 7.2(b).

Accordingly, IT IS HEREBY ORDERED that plaintiff shall file a motion for summary judgment and supporting memorandum of law by July 11, 2002. Plaintiff is cautioned that failure to comply with this Order may result in dismissal of this action for failure to prosecute under Rule 41(b), Fed.R.Civ.P.

Dated: June 19, 2002.

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

Filed ______ 2002
Richard D. Sletten, Clerk
Judgment Entd.____________
Deputy Clerk____________