# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

No. 03-1585

| | | |
|---|---|---|
| Rodger Dean Robb, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Michael O'Keefe, Commissioner, | * | |
| Minnesota Department of Health and | * | [UNPUBLISHED] |
| Human Services, | * | |
| | * | |
| Appellee. | * | |

Submitted: December 18, 2003

Filed: January 6, 2004

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

PER CURIAM.

Rodger Dean Robb appeals the district court's[1] order denying his 28 U.S.C. § 2254 petition challenging his commitment under Minnesota's Sexually Dangerous Person (SDP) Act, Minn. Stat. §§ 253B.02, subd. 18c, 253B.185 (2002). The district

[1]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jonathan G. Lebedoff, United States Magistrate Judge for the District of Minnesota.

court granted Robb a certificate of appealability on whether Minnesota's "lack of adequate control" standard comports with constitutional requirements. The constitutionality of Minnesota's SDP Act was recently upheld in Linehan v. Milczark, 315 F.3d 920, 927-28 (8th Cir. 2003). Accordingly, we affirm. See 8th Cir. R. 47B. We deny appellee's pending motion.

---

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans