UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

MEMORANDUM

TO: Mr. Richard Sletten, Clerk

FROM: Michael E. Gans, Clerk of Court

DATE: June 10, 2004

RE: 03-1585 Rodger D. Robb vs. Michael O'Keefe

Supreme Court No. 03-9595
District Court/Agency Case Number(s): CIV 02-774 PAM/JGL

---

Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

nothing enclosed CB

(5403-010199)
paw

RECEIVED
BY MAIL
JUN 14 2004
CLERK, US DIST. COURT
ST. PAUL, MN

SCANNED CB
JUN 14 2004
U.S. DISTRICT COURT ST. PAUL